DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

24 JANUARY 2013

| | | | |
|---|---|---|---|
| 275P12 | State v. Terrance Javarr Ross | 1. State's Motion for Temporary Stay (COA11-1462) | 1. Allowed **06/25/12** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. |
| 291P12 | State v. Glenn Edward Whittington | 1. State's Motion for Temporary Stay (COA11-1197) | 1. Allowed **07/09/12** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. |
| 295P12 | State v. Lawrence Donell Flood, Sr. | 1. State's Motion for Temporary Stay (COA11-856) | 1. Allowed **07/09/12;** Dissolved the Stay **01/24/13** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| 305P09-2 | Carnell Tyrone Streater v. Dennis Daniel, Superintendent | Petitioner's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **12/14/12** |
| 311P10-3 | State v. Gregory Scott Grosholz | 1. Def's *Pro Se* Motion for Writs of Perjury | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Appoint Counsel | 2. Dismissed as Moot |
| | | | **Beasley, J., Recused** |
| 315P12 | Deborah B. Harmon v. Donald G. Hunt, Jr., Jamie L. Vavonese, Jason M. Fearon, Kristen G. Atkins a/d/a/ Kristen G. Atkins-Momot & Akins Law Firm, P.C. f/k/a The Law Offices of Akins, Hunt & Fearon, PLLC | Plt's PDR Under N.C.G.S. § 7A-31 (COA11-1395) | Denied |
| | | | **Beasley, J., Recused** |
| 324P11-2 | State v. Mark Daniel Stephens | Def's *Pro Se* PWC to Review Order of COA (COAP12-168) | Dismissed |
| | | | **Jackson, J., Recused** |